IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | No. 5:25-CR-44-CAR-CHW |
| GREGORY ALEXANDER TWYMON, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**ORDER ON DEFENDANT'S UNOPPOSED MOTION TO CONTINUE**

Before the Court is Defendant Gregory Alexander Twymon's Unopposed Motion to Continue [Doc. 19] the pretrial conference scheduled for December 16, 2025, and the trial, anticipated to begin on January 13, 2026, to the next available term before this Court. On June 10, 2025, the Grand Jury returned a four-count indictment charging Defendant with possession with intent to distribute methamphetamine, possession of a firearm in furtherance of a drug trafficking crime, possession of a firearm by a convicted felon, and possession of a firearm with an obliterated serial number. On October 14, 2025, Defendant was appointed counsel, pled not guilty at his initial appearance, and was ordered detained pending trial. This case has not been previously continued, and the Government does not oppose this request for a continuance.

Defense counsel represents she needs additional time to complete defense investigations and then meet with Defendant about the case. Having considered the matter, the Court finds it serves the ends of justice to grant Defendant's request. The ends

of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time to address these matters and could result in a miscarriage of justice. Thus, the Court **GRANTS** Defendant's Unopposed Motion to Continue [Doc. 19], and **HEREBY ORDERS** that this case be continued until March 24, 2026, the undersigned's next regularly-scheduled term of court for the Macon Division. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

**SO ORDERED,** this 10th day of December, 2025.

s/ C. Ashley Royal
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT