**UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

**MINUTE SHEET
OF COURT PROCEEDINGS**



| | | | |
|---|---|---|---|
| Date: | 4/22/2026 | Type of Hearing: | Motion hearing |
| Judge: | C. Ashley Royal | Court Reporter: | Joan Drammeh |
| Courtroom Deputy: | Beverly Lillie | Law Clerk: | Joseph Muldrew |
| Courtroom: | Courtroom D | | |

### Case Number:  5:25-CR-44 (CAR)

| | | | |
|---|---|---|---|
| United States | | Counsel: | Tamara Jarrett |
| v. | | | |
| Gregory Alexander Twymon | | Counsel: | Catherine Williams |

*Disclaimer:  Contents of this Minute Sheet are for administrative purposes ONLY and are NOT meant as a substitution for the official court record.  Attorneys should contact the court reporter and order a transcript if there are any questions as to the contents herein.*

**Court time for JS10/MJSTAR: 1 hour 5 minutes**

| | |
|---|---|
| 10:28am | Called to order and parties identified. Review of prior discussion on outstanding motions.<br>Discussion regarding confidential informant. |
| 10:38am | Direct examination of Officer Keith Kendrick by Tamara Jarrett. |
| 10:58am | Court examines Officer Keith Kendrick. Government Exh. 1 – Affidavit admitted. |
| 10:59am | Cross examination of Officer Keith Kendrick by Catherine Williams.<br>Audio of Off. Kendrick warrant affidavit testimony to magistrate judge admitted as Defense Exh. 17. Court reviews expected testimony of Officer Kendrick and why it was requested. |
| 11:22am | Statement by Ms. Williams regarding discrepancies in the investigation. |
| 11:24am | Recessed. |
| 11:28am | Reconvened. Ms. Williams to submit written statement. DOC 22 Motion to Suppress – DENIED |
| 11:31am | Discussion about Motion to Reveal the Deal. DOC 23 Motion to Reveal the Deal – DENIED. Oral motion for certificate of review by Ms. Williams – DENIED. |
| 11:36am | Parties to have pretrial filings complete no later than noon on 4/30/26. |
| 11:37am | Adjourned. |